UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FAR EAST IMPORT SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>M/V NORASIA HAMBURG, her equipment and appurtenances, in rem; NORASIA CONTAINER LINES, LTD. ("NORASIA"), a foreign corporation; GLORY EXPRESS, INC., a corporation; RIVERSIDE TRADING, INC., a corporation,<br><br>    Defendants. | Case No. CV 06-2520 GAF (SHx)<br><br>[Consolidated with CV-06-2873, CV-06-5284, and CV-06-6174]<br><br>[Assigned to Hon. Gary Allen Feess]<br><br>**JUDGMENT** |
| FAR EAST IMPORT SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>    Intervenor. | |

1  The Honorable Court, having granted the motion for summary judgment of Intervening Defendant HARTFORD FIRE INSURANCE COMPANY against Plaintiff FAR EAST IMPORT SERVICES, INC., hereby makes the following order:

There being no further issues in the case, Judgment is hereby entered in favor of Defendants HARTFORD FIRE INSURANCE COMPANY and GLORY EXPRESS, INC., and against Plaintiff FAR EAST IMPORT SERVICES, INC. in the amount of $0.00.

DATED: November 16, 2010

_____
United States District Judge